United States Court of Appeals
Fifth Circuit

**F I L E D**

August 7, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-20254
Summary Calendar
_____

RESCUE AMERICA,

      Plaintiff-Appellant,

                        versus

HCHD/BEN TAUB HOSPITAL,

      Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-02-CV-1574
_____

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Plaintiff Andre Howard, proceeding *pro se* under the name "Rescue America," appeals the district court's order granting summary judgment on his Equal Pay Act[1] claim to defendant Harris County Hospital District/Ben Taub Hospital. Applying *de novo* review, we find that, in response to the defendant's summary

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] 29 U.S.C. § 206(d)(1)(1).

judgment motion, Howard did not produce evidence substantiating his Pay Act claim against the defendant, or his related claims for retaliation and breach of hospital policy.

AFFIRMED.